STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**EDWIN RAFAEL RUSSE MARTINEZ**  Case No.  11-03747-SEK

Chapter 13    Attorney Name:   JUAN O CALDERON LITHGOW*

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | | [ ] Absent |
| Joint Debtor | [ ] Present | | [ ] Absent |
| Attorney for Debtor | [X] Present | | [ ] Absent |
| [ ] Prose | | | |
| [ ] Substitute | | | |

Date & Time:   6/10/2011   9:58:00AM

[X] R     [ ] NR     LV:  TBD

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

**II. Oath Administered**
[X] Yes           [ ] No

**III. Plan**

Date:   05/02/2011        Base:     $13,800.00    Payments 1 made out of  1 due.

Confirmation Hearing Date:     7/15/2011   9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00   -   $400.00    =   $2,600.00

**IV. Status of Meeting**

[X] Closed         [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**EDWIN RAFAEL RUSSE MARTINEZ**      Case No.   11-03747-SEK

Chapter 13     Attorney Name:   **JUAN O CALDERON LITHGOW***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [X] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote | [X] Federal - years 2008-2010 |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | [ ] Public Liability Insurance |
| |    [ ] Premises |
| [ ] DSO Recipient's Information |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [X] Evidence of income | |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**EDWIN RAFAEL RUSSE MARTINEZ**  Case No. **11-03747-SEK**

Chapter 13  Attorney Name: **JUAN O CALDERON LITHGOW***

**COMMENTS**

**Note: Tax Return shown (For 2007, 2010 did not have taxable income. Filed 2008 and 2009) 1040PR (Pending evidence of 2008 and 2009)**

**1-As per debtors testimony and appraisal shown, real property of debtor demonstrates that value is $210,000 and not 105,000 listed at schedule "A". Amend schedule "B" to reflect real value. Also debtor states that his interest in this property is only 50 percetn.**

**2-Provide deed of property and mortgage deed. As per debtors testimony secure creditor over residence is "Ramon Rivera", provide evidence of being current**

**3-Provide evidence of all sources of Income.**

**4-Amend SOFA to include year to date income.**

<u>s/Pedro R Medina</u>  Date:  06/10/2011

**Trustee/Presiding Officer**  (Rev. 02/11)