
# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 06-13-2011
Response Date: 06-13-2011
Tracking Number: 100101669496

FORM NUMBER: 1040     TAX PERIOD: Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER: ███-0213

Requested Data Not Found.

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 06-13-201
Response Date: 06-13-201
Tracking Number: 10010166949

FORM NUMBER: 1040                TAX PERIOD: Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER: ■■■-0213

Requested Data Not Found.

This Product Contains Sensitive Taxpayer Data

To continue, select one of the following:
- Select *Previous* to navigate back to the previous page.
- Select *Print* to go to a printer friendly page.
- Select *Done* to return to the TDS main menu.

 



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 06-13-201
Response Date: 06-13-201
Tracking Number: 10010166949

FORM NUMBER: 1040                         TAX PERIOD: Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER: ▓▓▓-▓▓-0213

Requested Data Not Found.

This Product Contains Sensitive Taxpayer Data

To continue, select one of the following:
- Select *Previous* to navigate back to the previous page.
- Select *Print* to go to a printer friendly page.
- Select *Done* to return to the TDS main menu.

  



This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 06-13-201
Response Date: 06-13-201
Tracking Number: 10010166949

FORM NUMBER: 1040        TAX PERIOD: Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER: ███-0213

Requested Data Not Found.

This Product Contains Sensitive Taxpayer Data

To continue, select one of the following:
- Select *Previous* to navigate back to the previous page.
- Select *Print* to go to a printer friendly page.
- Select *Done* to return to the TDS main menu.

 

Modelo SC 2781
Rev. 16 dic 09

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área de Rentas Internas

## CERTIFICACIÓN DE RAZONES POR LAS CUALES EL CONTRIBUYENTE NO ESTÁ OBLIGADO POR LEY A RENDIR LA PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS

**PARTE I — INFORMACION GENERAL DEL CONTRIBUYENTE** (Para ser completado por el contribuyente)

(Si se prepara para un contribuyente fallecido incluya la información del causante y complete la Declaración de la Parte VI)

Nombre del Contribuyente: EDWIN RUSSE MARTINEZ
Número de Seguro Social: [redacted]

Nombre del Cónyuge:
Número de Seguro Social del Cónyuge:

Número de Teléfono Residencia: ( 787 ) 346-1636
Número de Teléfono Trabajo: ( )

Dirección Postal (Apartado, Pueblo, País, Código Postal):
Dirección Residencial (Barrio o Urb., Núm., Calle, Pueblo, País, Código Postal):

**PARTE II - RAZONES POR LAS CUALES NO RINDIÓ SU PLANILLA** (Para ser completado por el contribuyente)

Certifico que para cada uno de los años contributivos detallados a continuación, mi estado personal y las razones por las cuales no rendí la planilla de contribución sobre ingresos son las siguientes:

| Año Contributivo | Estado Personal | Razones |
|---|---|---|
| 2007 | SOLTERO | NO SE RINDIO POR INGRESOS INSUFICIENTES |
| 2008 | SOLTERO | SE RINDIO PLANILLA |
| 2009 | SOLTERO | SE RINDIO PLANILLA |
| 2010 | SOLTERO | NO SE RINDIO POR INGRESOS INSUFICIENTES |

**PARTE III - PROPÓSITO DE ESTA CERTIFICACIÓN** (Para ser completado por el contribuyente)

PROCEDIMIENTO DE QUIEBRA

**PARTE IV - DECLARACIÓN JURADA DEL CONTRIBUYENTE** (Para ser completado por el contribuyente)

Yo, EDWIN RUSSE MARTINEZ, vecino de MOROVIS, PR, voluntariamente declaro sujeto a las penalidades de perjurio que la información suministrada en este documento es cierta, correcta y completa.

_____
Firma o Marca del Contribuyente, Tutor o Representante

Nombre y Firma del Testigo de la Marca

Firma o Marca del Cónyuge

Nombre y Firma del Testigo de la Marca

**PARTE V - DECLARACIÓN JURADA DEL NOTARIO**

Jurado y suscrito ante mí por _____, mayor de edad, _____ (estado civil), _____ (profesión), y residente de _____, Puerto Rico, a quien doy fe de conocer personalmente o de haber identificado por medio de _____ (tipo y número de identificación), en _____, Puerto Rico, hoy ___ de _____ de ___.

Núm. Afidávit _____

Notario Público

Núm. de Licencia del Notario

Período de Conservación: Diez (10) años.

Continúa al dorso