

Modelo SC 2903
Rev. 5 abr 07
Antes 330-02 y 310-05

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Area de Rentas Internas

## CERTIFICACION DE LA INFORMACION INCLUIDA EN LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

| Apellido paterno Apellido materno Nombre del contribuyente | Seguro Social | Número Solicitud | Clave Institución |
|---|---|---|---|
| RUSSE MARTINEZ, EDWIN | XXX-XX-0213 | 1010190013 | XX |
| Apellido paterno Apellido materno Nombre del cónyuge | Seguro Social | Tipo Planilla | Año Contributivo |
|  |  | FORMA CORTA | 2009 |
| Dirección postal o residencial | Estado Personal | Fecha de Radicación | Número de Serie |
| PO BOX 1572 | SOLTERO | 15/04/10 | I123026 |
| MOROVIS PR 00687 | Nombre del Estudiante XXXXXXXXXXXXXXXXXXXXXXXX | | Número de Estudiante XXXXXXXXXX |

Dependientes: Hijos _____ Otros _____

Ciudadano de Estados Unidos: ☒ Sí ☐ No
Residente de Puerto Rico: ☒ Sí ☐ No

Fuente de Mayor Ingreso: **EMPRESA PRIVADA**
Ocupación: **OTROS OFICIOS**

Anualidades o pensiones exentas ..................
Intereses exentos ..................
Otros ingresos exentos ..................

**INGRESOS**
1. Sueldos, comisiones, concesiones y propinas ..................
2. Salarios del Gobierno Federal ..................
3. Otros Ingresos (o Pérdidas) ..................
   A) Ingreso de intereses ..................
   B) Beneficios de sociedades especiales ..................
   C) Pérdidas de sociedades especiales ..................
   D) Dividendos de corp. y distribuciones de sociedades sujetos a retención ..................
   E) Dividendos de corp. y distribuciones de sociedades no sujetos a retención ..................
   F) Beneficios de corporaciones de Individuos ..................
   G) Distribuciones de Planes Gubernamentales ..................
   H) Ingresos misceláneos ..................
   I) Distribuciones de Cuentas IRA y Cuentas de Aportación Educativa ..................
   J) Dividendos de Fondo de Capital de Inversión o de Turismo ..................
   K) Ingresos de anualidades y pensiones ..................
   L) Pensión recibida por divorcio o separación (Seguro Social) del que paga: _____
   M) Ganancia (o pérdida) atribuible a industria o negocio ..................
   N) Ganancia (o pérdida) atribuible a la agricultura ..................
   O) Ganancia (o pérdida) atribuible a profesiones y comisiones ..................
   P) Ganancia (o pérdida) atribuible a alquiler ..................
   Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados ..................
   R) Ganancia neta de capital a largo plazo en Fondos de Inversión ..................
4. Total Ingreso Bruto ..................
5. Pensión por Divorcio o Separación Pagada (Seguro Social del que la recibe: _____)
6. Ingreso Bruto Ajustado .................. **1,200**

**DEDUCCIONES Y EXENCIONES**
7. Deducciones detalladas o fija * .................. **2,100**
   A) Intereses hipotecarios ..................
   B) Renta Pagada ..................
8. Deducciones adicionales ..................
9. Exención personal .................. **1,300**
10. Exención por dependientes ..................
11. Total Deducciones y Exenciones .................. **3,400**
12. Ingreso Neto Sujeto a Contribución ..................

**CONTRIBUCION**
13. Contribución Determinada ..................
14. Responsabilidad Contributiva ..................
15. Balance Pendiente de Pago ..................
16. Contribución pagada en exceso ..................

Ingreso Bruto:

Sello de Rentas Internas y Sello Oficial

D05487495

* Las deducciones detalladas incluyen intereses hipotecarios y renta pagada, según se indica.

Certifico que de acuerdo con nuestros archivos de información contributiva, el contribuyente mencionado en este formulario rindió la planilla de contribución sobre ingresos para el año contributivo arriba indicado. La información que aquí se presenta incluye la presentada por el contribuyente y cualquier ajuste realizado por el Departamento de Hacienda. Esta certificación tiene la misma validez que la copia de la planilla para todos los fines.

_Marta Torres_
Secretario Auxiliar de Rentas Internas o su Representante     MTC7588 TORRES CONCEPCION, MARTA

19/10/2010 9:1:13 AM
Fecha y Hora de Emisión

Período de Conservación: Diez (10) años

Modelo SC 2903
Rev. 5 abr 07
Antes 330-02 y 310-05



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Area de Rentas Internas

## CERTIFICACION DE LA INFORMACION INCLUIDA EN LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

| Apellido paterno Apellido materno Nombre del contribuyente | Seguro Social | Número Solicitud | Clave Institución |
|---|---|---|---|
| RUSSE MARTINEZ, EDWIN | XXX-XX-0213 | 1010190014 | XX |
| Apellido paterno Apellido materno Nombre del cónyuge | Seguro Social | Tipo Planilla | Año Contributivo |
|  |  | FORMA CORTA | 2008 |
| Dirección postal o residencial | Estado Personal | Fecha de Radicación | Número de Serie |
| PO BOX 1572 | JEFE DE FAM. | 15/04/09 | 1149266 |
| MOROVIS           PR    00687 | Nombre del Estudiante | | Número de Estudiante |
|  | XXXXXXXXXXXXXXXXXXXXXXXX | | XXXXXXXXXX |

Dependientes: Hijos ___1___ Otros _____

| | | |
|---|---|---|
| Anualidades o pensiones exentas | | |
| Intereses exentos | | |
| Otros ingresos exentos | | |

| | Ciudadano de Estados Unidos | Residente de Puerto Rico |
|---|---|---|
| | [X] SI [ ] No | [X] SI [ ] No |
| | Fuente de Mayor Ingreso | Ocupación |
| | EMPRESA PRIVADA | OBRERO DE CONST |

**INGRESOS**

| | | |
|---|---|---|
| 1. Sueldos, comisiones, concesiones y propinas | 800 | 00 |
| 2. Salarios del Gobierno Federal | | 00 |
| 3. Otros Ingresos (o Pérdidas) | | 00 |
| A) Ingreso de intereses | | 00 |
| B) Beneficios de sociedades especiales | | 00 |
| C) Pérdidas de sociedades especiales | | 00 |
| D) Dividendos de corp. y distribuciones de sociedades sujetos a retención | | 00 |
| E) Dividendos de corp. y distribuciones de sociedades no sujetas a retención | | 00 |
| F) Beneficios de corporaciones de individuos | | 00 |
| G) Distribuciones de Planes Gubernamentales | | 00 |
| H) Ingresos misceláneos | | 00 |
| I) Distribuciones de Cuentas IRA y Cuentas de Aportación Educativa | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo | | 00 |
| K) Ingresos de anualidades y pensiones | | 00 |
| L) Pensión recibida por divorcio o separación (Seguro Social del que paga:_____) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión | | 00 |
| 4. Total Ingreso Bruto | | 00 |
| 5. Pensión por Divorcio o Separación Pagada (Seguro Social del que la recibe:_____) | | 00 |
| 6. Ingreso Bruto Ajustado | 800 | 00 |

| Fecha Nacimiento Dependientes | Seguro Social Dependientes |
|---|---|
| 11/08/90 | XXX-XX-4427 ** |

\*\* DEPENDIENTE CONCEDE JEFATURA

Ingreso Bruto:

**DEDUCCIONES Y EXENCIONES**

| | | |
|---|---|---|
| 7. Deducciones detalladas o fija * | 2,730 | 00 |
| A) Intereses hipotecarios | | 00 |
| B) Renta Pagada | | 00 |
| 8. Deducciones adicionales | | 00 |
| 9. Exención personal | 3,000 | 00 |
| 10. Exención por dependientes | | 00 |
| 11. Total Deducciones y Exenciones | 5,730 | 00 |
| 12. Ingreso Neto Sujeto a Contribución | | 00 |

**CONTRIBUCION**

| | | |
|---|---|---|
| 13. Contribución Determinada | | 00 |
| 14. Responsabilidad Contributiva | | 00 |
| 15. Balance Pendiente de Pago | | 00 |
| 16. Contribución pagada en exceso | | 00 |

Sello de Rentas Internas y Sello Oficial

\* Las deducciones detalladas incluyen intereses hipotecarios y renta pagada, según se indica.

Certifico que de acuerdo con nuestros archivos de información contributiva, el contribuyente mencionado en este formulario rindió la planilla de contribución sobre ingresos para el año contributivo arriba indicado. La información que aquí se presenta incluye la presentada por el contribuyente y cualquier ajuste realizado por el Departamento de Hacienda. Esta certificación tiene la misma validez que la copia de la planilla para todos los fines.

_Marta Torres_
Secretario Auxiliar de Rentas Internas o su Representante    MTC7688 TORRES CONCEPCION, MARTA

19/10/2010 9:1:37 AM
Fecha y Hora de Emisión

Período de Conservación: Diez (10) años