IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN RAFAEL RUSSE MARTINEZ

DEBTOR(S)

CASE NO 11-03747-SEK

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **June 10, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: $7,008   PV-$8,129

PLAN DATE: May 02, 2011        PLAN BASE: $13,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 7/6/2011

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Pending: 1) to provide evidence of filing of 2008 and 2009 1040PR Tax Returns; 2) trustee's motion to dismiss filed in dkt.10 is pending for adjudication.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$400.00/$2,600.00

Atty: JUAN O CALDERON LITHGOW*

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez
USDC # 222611
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062